CHARLES E. LUCAS, APPELLANT, v. BOARD OF COMMIS-
SIONERS OF THE TOWN OF MONTCLAIR ET AL., RE-
SPONDENTS.

Submitted May 28, 1943—Decided September 16, 1943.

For the appellant, *John A. Bennett.*

For the respondents, *George S. Harris.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, HEHER, PERSKIE, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 13.

*For reversal*—None.